FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WENDY GISH; et al.,<br><br>        Plaintiffs-Appellants,<br><br>   v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>        Defendants-Appellees. | No.    20-55445<br>         20-56324<br><br>D.C. No.<br>5:20-cv-00755-JGB-KK<br>Central District of California,<br>Riverside<br><br>ORDER |

Before:  WARDLAW and CLIFTON, Circuit Judges, and HILLMAN,* District Judge.

These consolidated appeals are related to appeal No. 20-56358, *South Bay United Pentecostal Church, et al., v. Newsom*, et al.

The December 23, 2020 motions panel order granted appellants' request to expedite briefing of appeal No. 20-56324.

The expedited briefing schedule for appeal No. 20-56324 shall proceed as follows: the opening brief and excerpts of record are due on or before December 31, 2020; the answering briefs are due on or before January 7, 2021; and the optional reply brief is due on or before January 11, 2021.

---

        *        The Honorable Timothy Hillman, United States District Judge for the District Court of Massachusetts, sitting by designation.

The December 23, 2020 order additionally directed appellants to move for voluntary dismissal of appeal No. 20-55445 or show cause why appeal No. 20-55445 should not be dismissed as merged within 21 days. Appellants' response to the order to show cause is now due December 31, 2020. If appellants elect to show cause, appellees may file a response by January 7, 2021.

These appeals are set for virtual oral argument at the Richard H. Chambers U.S. Court of Appeals Building, Pasadena, California, on January 15, 2021, at 2:00 P.M. Each side is allotted 30 minutes for argument.

IT IS SO ORDERED.